IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEIMAN SMITH**
**ADC  #164464**                                                                                           **PETITIONER**

V.                          No. 4:23-CV-00687-JM-ERE

**DEXTER PAYNE, Director, Arkansas**
**Department of Correction**                                                                    **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (Doc. No. 14) submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, Respondent's Motion to Dismiss (Doc. No. 10) is GRANTED and the petition is DISMISSED. Judgment will be entered for Respondent in this case.

IT IS SO ORDERED this 1st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE