IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEIMAN SMITH**
**ADC   #164464**                                                                                       **PETITIONER**

V.                                         No. 4:23-CV-00687-JM-ERE

**DEXTER PAYNE, Director, Arkansas**
**Department of Correction**                                                              **RESPONDENT**

## JUDGMENT

Consistent with today's Order, this habeas petition is DISMISSED, and judgment is entered in favor of Respondent.

IT IS SO ORDERED this 1st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE